# Exhibit A

# United States Patent Office

935,002
Registered May 30, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 361,433, filed June 2, 1970

# CLARINS

Clarins (French corporation)
29 Rue Tronchet
75 Paris 8, France

For: MASSAGE APPARATUS, ESPECIALLY, APPARATUS FOR AIR SPRAY MASSAGE AND HYDRAULIC APPARATUS FOR MASSAGE BY ROTARY DOUCHE, in CLASS 44 (INT. CL. 10).

For: SKIN CLEANERS IN THE FORM OF LOTION, MILK, CREAM AND JELLY; FACIAL MASK; LOTION, CREAM, MILK, JELLY, OIL AND SPRAY USED FOR THE BODY, HANDS AND FEET; SKIN FRESHENERS; DAY CREAM AND NIGHT CREAM; MOISTURE LOTION, MILK, CREAM, JELLY AND OIL; PREPARATIONS FOR THE EYES AND THE THROAT IN OIL, JELLY, MILK, CREAM AND LOTION FORM; LIQUID MAKE-UP AND MAKE-UP IN THE FORM OF STICKS, CREAM AND MILK; FACE POWDER; LIQUID AND CAKE EYE-LINERS; HAIR RINSE, HAIR SPRAYS; BATH OIL; FOAM BATH; DUSTING POWDER; BUBBLE BATH AND RELAXING BUBBLE BATH; LIPSTICK; EYE SHADOW; NAIL POLISH; ROUGE; MILK, CREAM, LOTION, JELLY AND OIL FOR THE LEGS; MASCARA AND EYEBROW PENCILS, in CLASS 51 (INT. CL. 3).

Owner of French Reg. No. 470,319, dated Feb. 13, 1958.

B. C. WASHINGTON, Examiner

Int. Cl.: 3

Prior U.S. Cls.: 51 and 52

**United States Patent and Trademark Office**

Reg. No. 1,574,179
Registered Jan. 2, 1990

## TRADEMARK
**PRINCIPAL REGISTER**

## CLARINS

F.C.F., INC. (NEW YORK CORPORATION)
28TH FLOOR
1370 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

FOR: SKIN CLEANSERS; FACIAL MASKS; LOTION, CREAM, MILK, JELLY, OIL AND SPRAY TO MOISTURIZE, TONE, RELAX AND EXFOLIATE THE BODY, HANDS AND FEET; SKIN FRESHENERS AND TONICS; SKIN DAY CREAM AND NIGHT CREAM; SKIN MOISTURIZING LOTION, MILK, CREAM, JELLY AND OIL; CREAM FOR USE AROUND THE EYES; MAKEUP REMOVER; FOUNDATION MAKEUP; NAIL CREAM; BATH AND SHOWER GEL AND FOAM; BUBBLE BATH; SUN TANNING AND SELF TANNING AND SELF TANNING GELS AND LOTIONS; SUNBLOCK PREPARATIONS; AFTER-SUN LOTION, MILK, CREAM, GEL AND OIL; ANTI-WRINKLE CREAM; AND EAU DE TOILETTE, IN CLASS 3 (U.S. CLS. 51 AND 52).

FIRST USE 0-0-1961; IN COMMERCE 1-19-1976.

OWNER OF U.S. REG. NOS. 935,002 AND 1,256,508.

SER. NO. 73-746,658, FILED 8-17-1988.

KRISTEN S. BYERS, EXAMINING ATTORNEY



United States of America
United States Patent and Trademark Office

# DOUBLE SERUM

**Reg. No. 4,546,147**  
**Registered June 10, 2014**  
**Int. Cl.: 3**  
**TRADEMARK**  
**PRINCIPAL REGISTER**

CLARINS SA (FRANCE SOCIÉTÉ ANONYME (SA))  
4, RUE BERTEAUX DUMAS  
NEUILLY SUR SEINE, FRANCE 92200

FOR: COSMETIC PREPARATIONS FOR FACE AND BODY CARE; COSMETIC CREAMS FOR FACE AND BODY CARE; COSMETIC LOTIONS FOR FACE AND BODY CARE; COSMETIC MOISTURE LOTION, MILK, CREAM, PETROLEUM JELLY AND OIL, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 1-31-1991; IN COMMERCE 1-31-1991.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SERUM", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-866,815, FILED 3-5-2013.

ANNE FARRELL, EXAMINING ATTORNEY



Deputy Director of the United States  
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

**CLARINS Hydra-Essentiel**

**Reg. No. 5,393,507**

**Registered Feb. 06, 2018**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

CLARINS (FRANCE Société anonyme à directoire et conseil de surveillance )
9 Rue Du Commandant Pilot
F-92200 Neuilly Sur Seine
FRANCE

CLASS 3: Beauty products for different parts of the human body, face, eyes, neck, bust, body, hands, feet, in particular beauty creams, beauty serums, beauty milks, beauty lotions, tonic lotions, beauty masks, beauty gels, beauty oils, refreshing spray for the skin, these excluding all products based on essential oils

The color(s) white and blue is/are claimed as a feature of the mark.

The mark consists of the words "CLARINS HYDRA-ESSENTIEL" in white on a blue rectangle background.

PRIORITY DATE OF 08-03-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1342971 DATED 11-04-2016, EXPIRES 11-04-2026

SER. NO. 79-206,745, FILED 11-04-2016



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

### my CLARINS

**Reg. No. 5,583,089**
**Registered Oct. 16, 2018**
**Int. Cl.: 3**
**Trademark**
**Principal Register**

CLARINS (FRANCE Société anonyme à directoire et conseil de surveillance )
9 Rue Du Commandant Pilot
F-92200 Neuilly-sur-seine
FRANCE

CLASS 3: Cosmetics; cosmetic creams; lotions for cosmetic use; oils for cosmetic use; milks for cosmetic use; gels for cosmetic use

The color(s) red and black is/are claimed as a feature of the mark.

The mark consists of the term "MY CLARINS" with the word "MY" in red letters and the word "CLARINS" in black letters. The color white represents background, outlining, shading and/or transparent areas and are not part of the mark.

PRIORITY DATE OF 10-25-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1400221 DATED 01-26-2018, EXPIRES 01-26-2028

The wording "CLARINS" has no meaning in a foreign language.

SER. NO. 79-231,394, FILED 01-26-2018



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# CLARINS

**Reg. No. 6,285,388**
**Registered Mar. 09, 2021**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

CLARINS (FRANCE SOCIÉTÉ PAR ACTIONS SIMPLIFIÉE (SAS))
9 Rue Du Commandant Pilot
F-92200 Neuilly-sur-seine
FRANCE

CLASS 35: Retail store services featuring cosmetics and beauty products; retail store services featuring indoor fragrances; retail store services featuring candles; online retail store services featuring cosmetic and beauty products; online retail store services for cosmetics; online retail store services for indoor fragrances; online retail store services for candles; retail store services for cosmetics and beauty products by virtual reality and augmented reality; retail store services for indoor fragrances by virtual reality and augmented reality; retail store services for candles by virtual reality and augmented reality; retail store services for cosmetics and beauty products in a virtual environment; retail store services for cosmetics and indoor fragrances in a virtual environment; retail store services for candles in a virtual environment; advertising services related to cosmetics; loyalty program services, namely, providing incentive award programs through issuance and processing of loyalty points for purchase of a company's goods and services and enabling participants to obtain discounts, promotions and rewards on goods and services for commercial, promotional and advertising purposes; business administration of consumer loyalty programs; development of advertising concepts; bill-posting; business advice regarding public relations communication; demonstration of goods; dissemination of advertisements; dissemination of advertising material; rental of advertising space; marketing; layout services for advertising purposes; advertising; publication of printed matter for advertising purposes; online advertising on a computer network; writing of advertising texts; commercial information and advice for consumers relating to choice of goods and services; administrative processing of purchase orders; presentation of goods on all communication media for retail purposes, namely, providing home shopping services in the field of cosmetics, beauty products, indoor fragrances and candles by means of the Internet, television, mobile phone and mail, and conducting product presentations, advertising for the promotion of goods; commercial marketing research in the field of cosmetics, perfumery and beauty products

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4061968, 5393507

PRIORITY DATE OF 10-18-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1535702 DATED 04-17-2020, EXPIRES 04-17-2030

SER. NO. 79-287,464, FILED 04-17-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

